UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                      No. C 13-517 SI (pr)

STEPHEN R. WILLIAMSON,         **ORDER OF DISMISSAL**

            Plaintiff.

_____ /

       This action was opened on February 6, 2013, when the court received from plaintiff a letter in which he expressed his views on his medical issues and health care appeals at the California Medical Facility in Vacaville. In an effort to protect plaintiff's rights, the matter was filed as a new action. Plaintiff was informed that he had not filed a complaint, and was given thirty days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given thirty days to either pay the fee or file the application. A copy of the court's form *in forma pauperis* application was provided with the notice, along with a return envelope. Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee. This action therefore is DISMISSED without prejudice. No fee is due. The clerk shall close the file.

       IT IS SO ORDERED.

Dated: April 24, 2013                                _____

                                                                  SUSAN ILLSTON
                                                         United States District Judge