**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                                 No. C 13-517 SI (pr)

STEPHEN R. WILLIAMSON,                              **JUDGMENT**

      Plaintiff.

_____ /

    This action is dismissed without prejudice.

    IT IS SO ORDERED AND ADJUDGED.

Dated: April 24, 2013                                              _____
                                                          SUSAN ILLSTON
                                                      United States District Judge